BRIAN J. SMITH, ESQ.
Nevada Bar Number 11279
Law Office of Brian J. Smith, Ltd.
520 S. 4th St., Suite 340
Las Vegas, Nevada 89101
702-380-8248
Attorney for PETROZZINO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00312-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| ROBERT PETROZZINO, | |
| Defendant. | **(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between BRIAN J. SMITH, counsel for ROBERT PETROZZINO, Christopher Chiou, Acting United States Attorney, and KIMBERLY ANNE SOKOLICH, Assistant United States Attorney, that the revocation hearing currently scheduled for March 10, 2021, at the hour of 12:00 p.m., be vacated and set to a date and time convenient to this court, but in no event earlier than ten (10) days.

This Stipulation is entered into for the following:

1. Mr. Smith was recently appointed to represent Mr. Petrozzino and needs additional time to review discovery and the recommendation of U.S. Probation.

2. Mr. Smith has a conflict on the currently scheduled hearing date.

3. Defendant Petrozzino, who is in custody, agrees to the continuance.

4. Brian J. Smith, counsel for Petrozzino is in agreement with this continuance.

5. Counsel for the government is in agreement with this continuance.

6. The government request that the hearing take place during the morning hours, if possible.

//

7. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

8. Additionally, denial of this request or continuance would result in a miscarriage of justice.

This is the third stipulation to continue filed herein.

DATED this 3rd day of March, 2021.

RESPECTFULLY SUBMITTED BY:

CHRISTOPHER CHIOU
Acting United States Attorney


*/s/ Kimberly Anne Sokolich*              */s/ Brian J. Smith*
KIMBERLY ANNE SOKOLICH, ESQ.      BRIAN J. SMITH, ESQ.
Assistant United States Attorney          Attorney for PETROZZINO

BRIAN J. SMITH, ESQ.
Nevada Bar Number 11279
Law Office of Brian J. Smith, Ltd.
520 S. 4th St., Suite 340
Las Vegas, Nevada 89101
702-380-8248
Attorney for PETROZZINO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:14-cr-00312-GMN-NJK |
| Plaintiff, ) | |
| ) | **FINDINGS AND ORDER ON** |
| vs. ) | **STIPULATION** |
| ) | |
| ROBERT PETROZZINO, ) | |
| ) | **(THIRD REQUEST)** |
| Defendant. ) | |
| ) | |

**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER**

Based upon the submitted Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Mr. Smith was recently appointed to represent Mr. Petrozzino and needs additional time to review discovery and the recommendation of U.S. Probation.

2. Mr. Smith has a conflict on the currently scheduled hearing date.

3. Defendant Petrozzino, who is in custody, agrees to the continuance.

4. Brian J. Smith, counsel for Petrozzino is in agreement with this continuance.

5. Counsel for the government is in agreement with this continuance.

6. The government request that the hearing take place during the morning hours, if possible.

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would deny the defendant sufficient time to be able to fairly resolve his case, taking into account the exercise of due diligence.

//
//

3

2. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

3. Additionally, denial of this request or continuance would result in a miscarriage of justice.

This is the third stipulation to continue filed herein.

**ORDER**

**IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for March 10, 2021, at the hour of 12:00 p.m., be vacated and continued to  March 31, 2021  at the hour of 12:00 p.m.

DATED this     4     of March, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE